**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HTIN LIN, | No. 05-73547 |
| Petitioner, | Agency No. A079-594-596 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Htin Lin, a native and citizen of Myanmar, petitions for review of the Board

of Immigration Appeals' order affirming an immigration judge's decision denying

his application for asylum and withholding of removal.  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

JW/Research

8 U.S.C. § 1252. We review for substantial evidence adverse credibility findings, *Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir. 2001), and we deny the petition for review.

The agency found Lin not credible in part because of an inconsistency regarding his membership in the All Burma Student Democratic Front. Because this inconsistency goes to the heart of Lin's claim, and the agency reasonably rejected Lin's proffered explanation for the inconsistency, substantial evidence supports the adverse credibility determination. *See Wang v. INS*, 352 F.3d 1250, 1259 (9th Cir. 2003) ("So long as one of the identified grounds is supported by substantial evidence and goes to the heart of [petitioner's] claim of persecution, we are bound to accept the [agency's ] adverse credibility finding."). Accordingly, in the absence of credible testimony, Lin failed to establish eligibility for asylum and withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**